# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **ROCKY J. BRYANT,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:23-cv-00182-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **PETER BUCHHOLTZ,** | ) | |
| **Commissioner of Prisons, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2024 Memorandum of Decision and Order.

January 11, 2024

Katherine Hord Simon, Clerk
United States District Court